APR 23 2025 PM2:16
FILED - USDC - FLMD - JAX

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:25-cr- 91 - TJC - SJH
21 U.S.C. § 846
(Drug Trafficking Conspiracy)
21 U.S.C. § 841(a)(1)
(Possession with the Intent to Distribute Controlled Substances)

JERMAINE JAMES
a/k/a "Jock"
a/k/a "Jay"

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
## (Drug Trafficking Conspiracy)

Beginning on an unknown date, but not later than on or about July 29, 2024, and continuing through on or about March 5, 2025, in the Middle District of Florida, the defendant,

JERMAINE JAMES,
a/k/a "Jock,"
a/k/a "Jay,"

did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute and distribute controlled substances including fentanyl, cocaine base, and actual methamphetamine, Schedule II controlled substances, and marijuana and

MDMA (3,4-Methylenedioxymethamphetamine) both Schedule I controlled substances.

The violation involved 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

**<u>COUNT TWO</u>**
**(Possession with Intent to Distribute Controlled Substances)**

On or about September 11, 2024, in the Middle District of Florida, the defendant,

JERMAINE JAMES,
a/k/a "Jock,"
a/k/a "Jay,"

did possess with the intent to distribute controlled substances, including MDMA (3,4-Methylenedioxymethamphetamine), a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance.

In violation 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

**COUNT THREE**
**(Possession with Intent to Distribute Controlled Substances)**

On or about March 5, 2025, in the Middle District of Florida, the defendant,

JERMAINE JAMES,
a/k/a "Jock,"
a/k/a "Jay,"

did possess with the intent to distribute controlled substances. The violation involved MDMA and marijuana, Schedule I controlled substances, and fentanyl, 28 grams or more of a mixture and substance containing cocaine base, and 50 grams or more of actual methamphetamine, Schedule II controlled substances, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

**FORFEITURE**

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. §§ 846 and/or 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such

violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. The property to be forfeited specifically includes, but is not limited to, the following: the $7,433 in U.S. Currency seized from the defendant on September 11, 2024, and the $2,136 in U.S. Currency and gold chain seized from the defendant on March 5, 2025.

4. If any of the property described above, as a result of any acts or omissions of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

GREGORY W. KEHOE
United States Attorney

By: ______________________
RACHEL LASRY
Assistant United States Attorney

By: ______________________
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
4/23/25 Revised

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

JERMAINE JAMES
a/k/a "Jock"
a/k/a "Jay"

INDICTMENT

Violations: 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(A), 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C), 21 U.S.C. § 841(a)(1), 21 U.S.C. 841(b)(1)(A)

A true bill,

Filed in open court this 23rd day

of April, 2025.

Barbara Rothermel
Clerk

Bail $____________________