**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

**-vs-** **Case No. 3:25-cr-91-MMH-SJH**

**JERMAINE JAMES** **Defense Atty: Janet Johnson, Esq.**
**AUSA: Rachel Lasry, Esq.**
**& Kelli Swaney, Esq.**

---

| | | | |
|---|---|---|---|
| **JUDGE** | **Samuel J. Horovitz**<br>**U. S. Magistrate Judge** | **DATE AND TIME** | **7/28/2026**<br>**3:07 p.m. – 4:15 p.m.**<br>**Recess**<br>**4:42 p.m. – 5:41 p.m.** |
| **DEPUTY CLERK** | **Barbara Rothermel** | **TAPE/REPORTER** | **Digital** |
| **INTERPRETER** | **None present** | **PRETRIAL/PROBATION** | **None present** |

---

CLERK'S MINUTES

**PROCEEDINGS:** **WAIVER OF INDICTMENT & GUILTY PLEA**

Defendant is present with retained counsel Janet Johnson, Esq.

Defendant placed under oath.

Waiver of Indictment: Court made inquiry of Defendant pertaining to his right to waive indictment.

Defendant was advised of rights, charges, penalties, special assessment and forfeiture provision.

After Court's inquiry, Court finds Defendant knowingly, intelligently, voluntarily and freely waived his right to require the United States to present this case to a federal grand jury and consented to prosecution by superseding information. **Order to enter.**

Government has complied with the Victims' Rights Statute.

Defendant consents to Magistrate Judge taking his plea.

Defendant enters plea of guilty to Counts One and Two of the Superseding Information.

Court finds Defendant alert, intelligent and willingly entered plea of guilty.

The parties waive the 14-day objection period to Report and Recommendation.

Order of Detention will remain in effect.

**Report and Recommendation to enter.**

Sentencing to be set by District Judge.

**FILED IN OPEN COURT:**
**Waiver of Indictment (Re-executed)**
**NOTICE re: Entry of a Plea of Guilty**
**Plea Agreement**